I concur in the reversal of the summary judgment as to the plaintiff Tommy Murray; I respectfully dissent from the affirmance as to the other plaintiffs. The testimony, viewed in a light most favorable to the plaintiffs, as it must be viewed on a summary judgment motion, suggests that of the 16% gratuity, 1% was to go to the house and the remaining 15% was to be divided among the plaintiffs. The evidence further indicates that plaintiffs were told the defendants Attaway and Denmark were not receiving any of the 15% gratuity and it indicates that this was not true.
A jury could find, without any speculation, that the plaintiffs were promised that they would share in the 15% gratuity when they served at the event that generated the gratuity. There is substantial evidence creating genuine issues of material fact regarding the claims of misrepresentation and breach of an oral contract. Summary judgment was improper and I dissent.